RUKIN HYLAND DORIA & DuFRANE LLP
PETER RUKIN (SBN 178336)
STEPHANIE DORIA (SBN 196825)
100 Pine Street
Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Attorneys for Plaintiff LANA VALENTE-HOOK

UNITED STATES DISTRICT COURT

EASERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA VELENTE-HOOK,<br><br>            Plaintiff,<br><br>    v.<br><br>EASTERN PLUMAS HEALTH CARE and DOES 1-5, inclusive,<br><br>            Defendants. | CASE NO.: CIV.S-04-0645 LKK GGH<br><br>**STIPULATION AND ORDER CONTINUING PRETRIAL CONFERENCE** |

WHEREAS, the Pretrial Conference in the above-captioned case is set for May 16, 2005 and trial is set for August 9, 2005;

WHEREAS, the parties' separate and joint Pretrial Statements are due on May 2, 2005 and May 9, 2005;

WHEREAS, the parties participated in a day-long mediation on April 26, 2004, at the conclusion of which the mediator made a mediator's settlement proposal with a deadline of Friday, April 29, 2005 at 5:00 p.m.;

WHEREAS, the parties wish to avoid expending further resources in preparation for the Pretrial Conference and trial in the event that the parties are able to settle the case as a result of the mediation;

THE PARTIES STIPULATE AND AGREE that the Pretrial Conference be continued for two weeks.

DATED: April ___, 2005    RUKIN HYLAND DORIA & DuFRANE LLP


By:/s signature on original
           STEPHANIE A. DORIA

Attorneys for Plaintiff
LANA VALENTE-HOOK


DATED: April ___, 2005    MILLSTONE PETERSON & WATTS


By:/s signature on original
           JEREMY MILLSTONE

Attorney for Defendant
EASTERN PLUMAS HEALTH CARE DISTRICT

**ORDER**

The Court, having considered the stipulation of the parties, hereby determines that good cause exists to continue the Pretrial Conference in this matter.  The Pretrial conference is therefore continued to May 31, 2005 at 3:00 p.m.

IT IS SO ORDERED.

Dated: April 25, 2005                    /s/Lawrence K. Karlton
                                         Hon. Lawrence K. Karlton
                                         United States District Judge