1  STEPHANIE A. DORIA (SBN 196825)
   RUKIN HYLAND DORIA & DuFRANE LLP
2  100 Pine Street
   Suite 725
3  San Francisco, CA  94111
   Telephone: (415) 421-1800
4  Facsimile: (415) 421-1700

5  Attorneys for Plaintiff
   LANA VALENTE-HOOK

   UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA

| LANA VALENTE-HOOK, | CASE NO.: CIV.S-04-0645 LKK GGH |
|---|---|
| Plaintiff, | **REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER** |
| vs. | |
| EASTERN PLUMAS HEALTH CARE, | |
| Defendant. | |

The parties to the above-entitled action have into a settlement agreement. Accordingly, Plaintiff Lana Valente-Hook requests that the Court dismiss the action against Defendant Eastern Plumas Health Care with prejudice.

DATED:  June ___, 2005           RUKIN HYLAND DORIA & DuFRANE LLP


                                 By:   STEPHANIE A. DORIA

                                 Attorneys for Plaintiff
                                 LANA VALENTE-HOOK

-1-
REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

## ORDER

The Court hereby dismisses the above-captioned action with prejudice.

IT IS SO ORDERED.

Dated: June 10, 2005  /s/Lawrence K. Karlton
Hon. Lawrence K. Karlton
United States District Court Judge